# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

ISABEL CASTRO, an individual

       Plaintiff,

v.                                                                 Case No:  2:12-cv-108-FtM-38UAM

DISTRICT SCHOOL BOARD OF
COLLIER COUNTY,

       Defendant.

_____

## ORDER

On July 26, 2010, a Notice of Mediation (Doc. #26) was filed advising the Court that mediation would be held on May 15, 2013.  To date, the Court has not been advised as to the status of the mediation.  Accordingly, the parties shall advise the Court within **FOURTEEN (14) DAYS** of the date of this Order as to the status of the mediation.

**DONE AND ORDERED** at Fort Myers, Florida, this 10th day of July, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record