UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ISABEL CASTRO, an individual

      Plaintiff,

v.                       Case No:  2:12-cv-108-FtM-38UAM

DISTRICT SCHOOL BOARD OF
COLLIER COUNTY,

      Defendant.

_____/

## ORDER[1]

This matter comes before the Court on review of the Joint Response to Court's Order Regarding Status of Mediation.  (Doc. #34).  In that Response, the Parties indicated that they anticipated re-mediating this case on or before December 18, 2013.  Thus, the Parties are directed to advise the Court as to the status of the mediation.

Accordingly, it is now

**ORDERED:**

The Parties are directed to advise the Court on or before **January 13, 2014**, as to the status of the mediation in this case.

_____

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

**DONE** and **ORDERED** in Fort Myers, Florida this 3rd day of January, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record